# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

V.                 CASE NO.    4:17-CR-198-JLH

LATOSHA NACOLE TRUJILLO-LOZANO                      DEFENDANT

## ORDER

On March 13, 2018, Defendant Latosha Trujillo appeared for a bond revocation hearing on the Government's motion to revoke her pretrial release. (Docket entry #30) Ms. Trujillo-Lozano appeared with counsel. The Government was represented by Assistant United States Attorney Kristin Bryant.

By Order of the Court, on September 13, 2017, Ms. Trujillo-Lozano was released to inpatient drug treatment to be followed by chemical-free living. (#26) The Government seeks to revoke Ms. Trujillo's pretrial release because she was discharged from chemical-free living following a positive drug screen. (#30) Through counsel, Ms. Trujillo-Lozano did not contest the allegation but asked for an opportunity to return to chemical-free living.

The Government's Motion (30) is DENIED at this time. Ms. Trujillo is remanded to the custody of the United States Marshal for detention overnight and should be released on March 14, 2018, to travel at her expense to chemical-free living. Ms. Trujillo must arrived before 2:00 p.m. for admission. The conditions of Ms. Trujillo's release are amended to reflect that she must wear a "sweat patch" as part of her regular drug

screening requirements.

    IT IS SO ORDERED this 14th day of March, 2018.

                                                 _____
                                               UNITED STATES MAGISTRATE JUDGE